392-15
393-15

# ELECTRONIC RECORD

COA # 11-13-00007-CR          OFFENSE: 1

STYLE: **Breanna Spencer v. The State of Texas**     COUNTY: Brown

COA DISPOSITION: AFFIRMED          TRIAL COURT: 35th District Court

DATE: 3/05/15          Publish: Yes    TC CASE #: CR21994

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Breanna Spencer v. The State of Texas**          CCA #: PD-0392-15 ; 393-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused_          JUDGE: _____

June 3 DATE: ~~May 20,~~ 2015          SIGNED: _____          PC: _____

JUDGE: _PC; Yeary J. would grant_ PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**